IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONDEY A. THORNTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:23-CV-108-ECM-KFP |
| ) | |
| STATE OF NEW YORK, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is ORDERED that by **July 31, 2023**, Plaintiff must show cause why his claims against all Defendants should not be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim on which relief can be granted.

Done this 17th day of July, 2023.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE